C1833561

Nacogdoches County - District Clerk

Filed 3/1/2018 5:03 PM
Loretta Cammack
District Clerk
Nacogdoches County, TX

JESSICA OLIVAREZ

CAUSE NO. C1833561

| | | |
|---|---|---|
| RITA STEIER | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | |
| | § | |
| THE ESTATE OF GERALD | § | |
| DRUMMOND and PRATT | § | |
| INDUSTRIES "U.S.A.", INC. | § | NACOGDOCHES COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES RITA STEIER, Plaintiff, complaining of THE ESTATE OF GERALD DRUMMOND and PRATT INDUSTRIES "U.S.A.", INC., Defendants', and for cause of action would show the Court the following:

I.

### DISCOVERY CONTROL PLAN

Discovery in this case is intended to be conducted under Level II of Rule 190.1, of the Texas Rules of Civil Procedure.

II.

### RESIDENCE OF PARTIES

Plaintiff is a resident of Timpson, Shelby County, Texas, whose SS# is \*\*\*-\*\*-0550 and driver's license number is \*\*\*\*\*\*773.

\*\*\*\*   02/21/2018
*Steier v. Drummond et al*

Defendant, Gerald Drummond, is deceased as evidenced by the Texas Highway Patrol Division Major Crash Investigation which is incorporated herein as exhibit "A". We believe the Estate of Gerald Drummond may be served by citation by serving the Surviving Wife and Representative of the Estate of Gerald Drummond, Sherry Drummond at 6232 E Ethel Street, Fayetteville, Washington County, Arkansas or wherever she may be found.

Defendant, Pratt Industries "U.S.A.", Inc., is a Delaware Corporation registered to do business in the State of Texas, with agent for service in the State of Texas being Corporation Service Company, 211 East 7Th Street, Suite 620, Austin, Texas 78701 upon whom service of citation may be affected.

III.

FACTUAL ALLEGATIONS

On or about June 10, 2016, Plaintiff, Rita Steier, was in a green 2013 Honda CR-V SUV which was traveling South Bound in the inside lane of traffic on US HWY 59, Nacogdoches, Nacogdoches County, Texas. Defendant, Gerald Drummer, while in the course and scope of his employment with Pratt Industries "U.S.A.", Inc. was in a white 2012 Dodge Grand Caravan, which was stopped at a stop sign facing East on FM 2864 and preparing to turn North Bound onto US HWY 59. Jake Crisp was in a black 2002 Ford F150 Pickup and was stopped in the turn lane facing North on US HWY 59 waiting to make a left turn onto FM 2864. When suddenly and unexpectedly, the Defendant, Gerald Drummond, failed to yield the right of way from the stop sign and pulled into the path of Plaintiff, Rita Steier, causing Plaintiffs vehicle to strike Defendants vehicle. As a result of this collision, Plaintiff sustained serious and extensive injuries including but not limited to her legs, back, shoulder and spine.

```
****   02/21/2018
Steier v. Drummond et al
```

IV.

## CAUSES OF ACTION

At the time and on the occasion above-described, the Defendant, Gerald Drummond, was guilty of the following acts of negligence:

1. In failing to yield the right of way;
2. In failing to keep a proper lookout;
3. In attempting to turn left when it could not be done with safety;
4. Failure to safely and reasonably control his own vehicle.
5. In driving in a reckless manner.

> TRC 545.401 RECKLESS DRIVING; OFFENSE.(a)   A person commits an offense if the person drives a vehicle in willful or wanton disregard for the safety of persons or property.

Each of the above described acts of negligence was a proximate cause of the occurrence in question and resulting injuries and damages to the Plaintiff.

V.

## NEGLIGENCE PER SE

The actions and conduct of the Defendant as set out in paragraph IV, are in violation of the traffic laws contained in Chapter 545 of the Transportation Code of the State of Texas, which constitutes negligence per se, for which the Plaintiff intends to rely on at the trial, as said negligence per se is a proximate cause of the occurrence in question and resulting damages and injuries to the Plaintiff.

*\*\*\*\* 02/21/2018*
*Steier v. Drummond et al*

## VI.

## DAMAGES

As a result of the above described negligence and negligence per se, the Plaintiff, Rita Steier has been injured in the following respects:

1. Past physical pain, suffering, and mental anguish;

2. Hospital, medical, doctor, ambulance and pharmaceutical bills incurred in the past;

3. Physical impairment to the person of the Plaintiff that has been incurred in the past;

4. Physical pain, suffering, and mental anguish that the Plaintiff will, in all reasonable medical probability, suffer in the future;

5. Hospital, doctor, medical, and pharmaceutical bills which the Plaintiff will, in all reasonable medical probability, incur in the future;

6. Physical impairment to the person of the Plaintiff which, in all reasonable medical probability, she will suffer in the future;

7. Loss of earnings in the past;

8. Loss of earning capacity in the future;

9. Physical disfigurement that said Plaintiff has suffered in the past;

10. Physical disfigurement that Plaintiff will, in all reasonable medical probability, suffer in the future;

11. Housekeeping/household duties expenses in the past; and,

12. Housekeeping/household duties expenses in the future;

13. Yard work/upkeep duties expenses in the past; and

14. Yard work/upkeep duties expenses in the future.

\*\*\*\*  02/21/2018
*Steier v. Drummond et al*

## VII.
## DOCTRINE OF RESPONDEAT SUPERIOR

At the time of the collision in question Gerald Drummond was an agent, servant and employee of Pratt Industries "U.S.A.", Inc. and he was in the course and scope of his employment and engaged in the service of Pratt Industries "U.S.A.", Inc. and in the furtherance of such business at the time he collided into Rita Steier on the date in question. Specifically, the Plaintiff will show that Pratt Industries "U.S.A.", Inc. had the right to control all of the activities of Gerald Drummond at all times material hereto and that these activities included driving the truck and trailer involved in the collision in question. Accordingly, Gerald Drummond was in the course and scope of his employment with Pratt Industries "U.S.A.", Inc. at the time of the collision in question, and therefore, Pratt Industries "U.S.A.", Inc. is responsible for all of Plaintiff's damages under the doctrine of the respondeat superior.

## VIII.
## INTEREST

The Plaintiff hereby seeks all Pre-Judgment and Post-Judgment Interest in the maximum amounts as allowed by law on each separate and individual element of damage.

\*\*\*\*   02/21/2018
*Steier v. Drummond et al*

IX.

## PLAINTIFF'S LIFE EXPECTANCY

According to the United States Life Tables, 2011 National Vital Statistics Reports; Vol. 61, No. 6, Plaintiff, Rita Steier, has a life expectancy of 24.5 years. The Plaintiff intends to use a certified copy of the United States Life Tables, 2011 National Vital Statistics Reports; Vol. 61 No. 6, and offer same into evidence at the time of trial.

*\*\*\*\*   02/21/2018*
*Steier v. Drummond et al*

X.

## TRCP RULE 193.7 NOTICE

Plaintiff provides notice to Defendant pursuant to Rule 193.7 of the TEXAS RULES OF CIVIL PROCEDURE that Plaintiff may utilize as evidence during the trial of this lawsuit, all documents exchanged by the parties in written discovery in this case.

XI.

## TRCP RULE 193.7 NOTICE

Pursuant to Texas Rules of Civil Procedure Rule 193.7, Plaintiff intends to use all documents produced by the Defendant as authenticated documents.

XII.

## REQUEST FOR JURY TRIAL

Plaintiff, Rita Steier, hereby requests a trial by jury.

XI.

## PRESERVATION

The Defendant is hereby given notice that any document, other material, or item, including electronically stored information, that may be evidence or relevant to any issue in this case is to be preserved in its present form until this litigation is concluded.

\*\*\*\* 02/21/2018
*Steier v. Drummond et al*

XII.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that upon a final hearing she have judgment against the Defendants, THE ESTATE OF GERALD DRUMMOND and PRATT INDUSTRIES "U.S.A.", INC. for the injuries and damages to Plaintiff in excess of One Million and no/100 dollars ($1,000,000.00); for pre-judgment interest; for all costs of suit, and for such other and further relief, general and special, legal and equitable, to which she/he may be entitled to receive.

Respectfully submitted,

**BADDERS LAW FIRM, P.C.**
4002 North Street
Nacogdoches, Texas 75965
Ph:  936-564-6181
Fax: 936-564-8095

By: *[signature: Jeff B. Badders]*

Jeff B. Badders
State Bar No. 01496850
Attorney for Plaintiff
Rita Steier
badders@badderslaw.com

\*\*\*\*  02/21/2018
Steier v. Drummond et al