IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| RITA STEIER | § | |
| | § | |
| VS. | § | CASE NO. 9:18-CV-56 |
| | § | (Jury) |
| PRATT (LOVE BOX), LLC | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff and Defendant in the above entitled and numbered cause and file this their Stipulation of Dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and in support thereof would respectfully show unto the Court as follows:

1. On or about May 23, 209, a settlement agreement was reached between the parties.

2. The parties hereby stipulate to dismissal of all claims in this action with prejudice, as well as all claims that could have been brought by any party concerning the subject matter of this dispute.

3. The parties further stipulate that all costs of court shall be taxed against the party incurring same.

WHEREFORE, PREMISES CONSIDERED,  Plaintiff and Defendant pray for relief as requested hereinabove, and for such other and further relief, whether at law or in equity, to which they may show themselves to be justly entitled.

Respectfully submitted,

BY: _____

PAUL M. BOYD
State Bar No. 02775700
BOYD BOYD & GIDDENS
1215 Pruitt Place
Tyler, Texas 75703
903/526-9000
903/526-9001 (FAX)
pboyd@boydlawtexas.com

ATTORNEY FOR DEFENDANT

AND:

BY: _____

JEFF B. BADDERS
State Bar No. 01496850
MATT HANCOCK
State Bar No. 24072430
BADDERS LAW FIRM, P.C.
4002 North Str.
Nacogdoches, TX 75965
936/564-6181
Fax: 936/564-8095
badders@badderslaw.com
matt.h@badderslaw.com

ATTORNEY FOR PLAINTIFF