**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | |
|---|---|
| RITA STEIER | § |
| | § |
| v. | §     NO. 9:18-CV-56 |
| | § |
| PRATT (LOVE BOX), LLC | § |

## ORDER OF DISMISSAL

The parties' joint "Stipulation of Dismissal" [Dkt 73] is accepted. Accordingly, the above case is dismissed with prejudice. The Clerk is directed to close the case. The court retains jurisdiction to enforce any settlement agreement. Each party shall bear its own costs of court.

SIGNED this 27th day of June, 2019.

_____
Zack Hawthorn
United States Magistrate Judge